TIMOTHY COURCHAINE
United States Attorney
District of Arizona

DIAMOND ZAMBRANO
Assistant United States Attorney
Arizona State Bar No. 036390
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Diamond.Zambrano@usdoj.gov
*Attorneys for Plaintiff*

FILED
RECEIVED _____ LODGED
_____ COPY

JUN 2 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-26-00684-PHX-JJT (MTM) |
|---|---|---|
| Plaintiff, | | |
| vs. | | **INDICTMENT** |
| Rene Valenzuela-Rojo, | VIO: | 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(viii) (Conspiracy to Possess with Intent to Distribute Methamphetamine) Count 1 |
| Defendant. | | |

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 2

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 3

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi)
(Possession with Intent to Distribute Fentanyl)
Count 4

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i)
(Possession with Intent to Distribute Heroin)
Count 5

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm)
Count 6

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Count 7

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and 881, and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

Starting at a time unknown, and continuing through May 29, 2026, at or near Phoenix, Arizona, within the District of Arizona, the defendant, RENE VALENZUELA-ROJO, did knowingly and intentionally combine, conspire, confederate and agree with persons, known and unknown to the Grand Jury, to possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 19, 2026, at or near Phoenix, Arizona, within the District of Arizona, the defendant, RENE VALENZUELA-ROJO, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

- 2 -

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 3

On or about May 28, 2026, at or near Phoenix, Arizona, within the District of Arizona, the defendant, RENE VALENZUELA-ROJO, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

### COUNT 4

On or about May 28, 2026, in the District of Arizona, the defendant, RENE VALENZUELA-ROJO, did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

### COUNT 5

On or about May 28, 2026, in the District of Arizona, the defendant, RENE VALENZUELA-ROJO, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

### COUNT 6

On or about May 28, 2026, in the District of Arizona, the defendant, RENE VALENZUELA-ROJO, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting interstate or foreign commerce, to wit:

- 3 -

- one (1) Pioneer Arms Corp, Hellpup, 7.62 x 39, serial number PAC1123476;
- one (1) Palmetto State Armory, 5.7 Rock, 5.7x28mm pistol, serial number RC026686;
- one (1) Palmetto State Armory, PA-15, 5.56 rifle, serial number SCD855424;
- one (1) American Tactical, Alpha Maxx, Multi Cal pistol, serial number NX041480;
- one (1) Smith & Wesson, M&P-15, 5.56 rifle, serial number TR48460; and
- one (1) American Tactical, MilSport, 300 BO rifle, serial number MSA076505.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)

## COUNT 7

On or about May 29, 2026, at or near Phoenix, Arizona, within the District of Arizona, the defendant, RENE VALENZUELA-ROJO, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 7 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 7 of this Indictment, the defendant  or shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

- 4 -

commission of such offense, including, but not limited to the following property involved and used in the offense:

- one (1) Pioneer Arms Corp, Hellpup, 7.62 x 39, serial number PAC1123476;
- one (1) Palmetto State Armory, 5.7 Rock, 5.7x28mm pistol, serial number RC026686;
- one (1) Palmetto State Armory, PA-15, 5.56 rifle, serial number SCD855424;
- one (1) American Tactical, Alpha Maxx, Multi Cal pistol, serial number NX041480;
- one (1) Smith & Wesson, M&P-15, 5.56 rifle, serial number TR48460;
- one (1) American Tactical, MilSport, 300 BO rifle, serial number MSA076505; and
- one (1) AR-Style firearm, Ghost Gun/Private Made Firearm.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

//

//

A TRUE BILL

_S/_
FOREPERSON OF THE GRAND JURY
Date:  June 23, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_S/_
DIAMOND ZAMBRANO
Assistant U.S. Attorney